## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A COMPLAINT AND ARREST WARRANT

I, Special Agent Jacob Berrick, being duly sworn, depose and state that:

### INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and, Explosives ("ATF"), and have been since 2008. I am currently assigned to the Bridgewater, Massachusetts, ATF Field Office. During my law enforcement career, I have participated in many investigations involving firearm and drug trafficking, criminal possession and use of firearms, and the use of firearms in relation to violent and drug trafficking crimes.

2. Based on the facts set forth in this affidavit, there is probable cause to believe that Tyrell HAMPTON has committed a violation of Title 18 U.S.C. § 922(g)(1) (the possession of a firearm by a convicted felon).

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

### PROBABLE CAUSE

4. On June 27, 2019, an individual contacted an undercover officer from a phone number (hereafter, the "HAMPTON PHONE") and offered to sell the undercover officer firearms. The user of the HAMPTON PHONE stated via text message "Brand new n the box" and sent a photograph of a Taurus pistol bearing serial number SN# TLY29416. The user of the HAMPTON PHONE sent two additional photographs of firearms and numerous other texts regarding offers to sell firearms, including but not limited to "Got a 40 2 want a band without the

extend", "I'll let u kno if I still got them they go quick but I can always get more", "Got a new generation g19 2 much tho I paid 1250 4 it", "Sold that 4 1600 crazy rite but I didn't take a pic of the 1 I got now but it's the same".

5. Also on June 27, 2019, the user of the HAMPTON PHONE directed the undercover officer to a residential address in Brockton, Massachusetts. The undercover officer drove to this address and met with an individual identified as Tyrell HAMPTON.[1] The undercover officer purchased the following items from Hampton in exchange for $2,200 in cash: a Taurus Model G2c, 9mm Luger caliber pistol, bearing Serial Number: TMR14356 and a Glock Model 19GEN5, 9mm Luger caliber, pistol, bearing Serial Number: BHDH478, along with 21 rounds of 9mm Luger caliber ammunition for the firearms. The undercover officer carried a video-recording device during this encounter with HAMPTON.

6. On June 27, 2019, ATF Special Agent Jacob Berrick examined the above-referenced firearms and through a check of ATF databases determined that both pistols had been purchased in Georgia from a Federal Firearms Licensee. .

7. A check of criminal history for HAMPTON in the Massachusetts Criminal Justice Information Systems Board of Probation revealed that, prior to June 27, 2019, HAMPTON had been convicted of multiple felony offenses. HAMTPON has multiple prior drug convictions as well as a firearm conviction. In connection with one of his drug convictions, HAMPTON was sentenced to two years of committed time.

8. A check of the commercial database NeuStar for the phone number associated with the HAMPTON PHONE revealed that the subscriber is listed as "Hampton TY"

---

[1] The undercover officer viewed a photograph of Tyrell HAMPTON associated with his Massachusetts driver's license and confirmed that it was HAMPTON who sold these firearms.

and has been active for 12 months or longer. A check of the commercial database Accurint by Lexis Nexus for the HAMPTON PHONE revealed that it was associated with HAMPTON.

9. Based on the foregoing, I submit that there is probable cause to believe that, on or about June 27, 2019, Tyrell HAMPTON, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did possess, in and affecting interstate, a Taurus Model G2c, 9mm Luger caliber pistol, bearing Serial Number: TMR14356 and a Glock Model 19GEN5, 9mm Luger caliber, pistol, bearing Serial Number: BHDH478 and 21 rounds of 9mm Luger caliber ammunition, in violation of Title 18, United States Code, Section 922 (g) (1).

Signed under the pains and penalties of perjury:

Respectfully submitted,

_____
Jacob T. Berrick, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me this 28th day of June, 2019.

_____
HONORABLE ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS